UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KEVIN KENNETH JOHNSON, | : | |
| | : | Civil Action No. 08-0227 (RMB) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| ERIC TAYLOR, et al., | : | |
| | : | |
| Defendants. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **28th** day of **May** 2008,

**ORDERED** that Plaintiff's application to proceed <u>in forma pauperis</u> is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

**ORDERED** that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of Camden County Correctional Facility; and it is further

**ORDERED** that all claims against Defendant Deputy Warden Anthony Pizarro are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that all claims against Defendant Peter Farlow are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Due Process "harassment" claim is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Due Process "medical-care" claim may PROCEED as against Defendants Warden Eric Taylor, Carolyn Hold, Kimberlee Adams and Dr. Larry Pettis; and it is further

**ORDERED** that, within 30 days after entry of this Order, Plaintiff may file an Amended Complaint, addressing the deficiencies of the Complaint as described in the accompanying Opinion; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(d), the Clerk shall issue summons and the United States Marshal shall serve summons and copies of the Complaint, this Order, and the Opinion accompanying this Order upon Defendants Warden Eric Taylor, Carolyn Hold, Kimberlee Adams, and Dr. Larry Pettis, with all costs of service advanced by the United States; and it is further

**ORDERED** that, pursuant to 42 U.S.C. § 1997e(g)(2), Defendants who are served shall file and serve a responsive pleading within the time specified by Fed.R.Civ.P. 12; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(e)(1) and § 4(a) of Appendix H of the Local Civil Rules, the Clerk shall notify Plaintiff of the opportunity to apply in writing to the assigned judge for the appointment of pro bono counsel in accordance with the factors set forth in <u>Tabron v. Grace</u>, 6 F.3d 147 (3d Cir.

1993), <u>cert. denied</u>, 510 U.S. 1196 (1994), which sets forth the requirements for eligibility for appointment of pro bono counsel. Plaintiff is advised that such appointment is not automatic; and it is further

**ORDERED** that the Clerk shall enclose with such notice a copy of Appendix H and a form Application for Appointment of Pro Bono Counsel; and it is further

**ORDERED** that, if at any time Plaintiff seeks the appointment of pro bono counsel, pursuant to Fed.R.Civ.P. 5(a) and (d), Plaintiff shall (1) serve a copy of the application for Appointment of Pro Bono Counsel by regular mail upon each party at his last known address or, if the party is represented in this action by an attorney, upon the party's attorney and the attorney's address, and (2) file a Certificate of Service with the Application for Pro Bono Counsel; and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from Plaintiff's institutional account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding

month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action.

                                         s/Renée Marie Bumb  
                                         Renée Marie Bumb  
                                         United States District Judge